UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

LISA MCCOY                                    CIVIL ACTION NO.   3:06-cv-710

VERSUS                                        JUDGE FRANK J. POLOZOLA

DAIRY FRESH OF LOUISIANA, LLC        MAGISTRATE JUDGE DOCIA DALBY

## ORDER

CONSIDERING  the Motion to Dismiss filed by Plaintiff Lisa McCoy,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the matter of

Suit USDC No. 3:06-cv-710, Lisa McCoy v. Dairy Fresh of Louisiana, LLC is hereby

DISMISSED, with prejudice, each party to bear their own costs.

Baton Rouge, Louisiana, November 14, 2007.

FRANK J. POLOZOLA
MIDDLE DISTRICT OF LOUISIANA